**UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT**

No. 99-40306
Summary Calendar

LEON KOEHN; BARBARA KOEHN; DARYL KOEHN; CHARLENE KOEHN-AGNEW;
CHERYL YVONNE KOEHN-EBELING,

Plaintiffs-Appellants,

VERSUS

CARL AYERS; ET AL,

Defendants,

NORTH CENTRAL OIL COMPANY; THE TEXAS COMPANY, also known as Texaco
Exploration and Production Inc.; TEXACO EXPLORATION AND PRODUCTION
INC.,

Defendants-Appellees.

Appeal from the United States District Court
for the Southern District of Texas
(G-97-CV-470)

September 3, 1999

Before JOLLY, EMILIO M. GARZA, and DENNIS, Circuit Judges.

PER CURIAM:[*]

After carefully reviewing the parties' briefs, the record

excerpts, and the relevant portions of the record itself, we AFFIRM

for essentially the same reasons stated by the district court in

_____

[*]Pursuant to 5TH CIR. R. 47.5, the Court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

its order of November 18, 1998, granting summary judgment for Defendants Texaco and North Central Oil Company and dismissing without prejudice all state law claims against the remaining Defendants.